946

No. 85–321.  PETERSON v. AIR LINE PILOTS ASSN., INTERNATIONAL, ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 85–343.  PRUDENTIAL FEDERAL SAVINGS & LOAN ASSN. v. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION.  C. A. 10th Cir.  Certiorari denied.

No. 85–345.  ALLEN v. CITY OF KINLOCH, MISSOURI.  C. A. 8th Cir.  Certiorari denied.

No. 85–349.  TOMCZAK v. CITY OF CHICAGO.  C. A. 7th Cir. Certiorari denied.

No. 85–351.  W. A. FOOTE MEMORIAL HOSPITAL, INC. v. GRUBB.  C. A. 6th Cir.  Certiorari denied.

No. 85–360.  WASSERSTROM v. EISENBERG ET AL.;
No. 85–407.  WEINSTEIN v. EISENBERG ET AL.; and
No. 85–514.  PELINO, WASSERSTROM, CHUCAS & MONTEVERDE, P. C. v. EISENBERG ET AL.  C. A. 3d Cir.  Certiorari denied.  Reported below: 766 F. 2d 770.

No. 85–365.  RUSTIN ET AL. v. DISTRICT OF COLUMBIA.  Ct. App. D. C.  Certiorari denied.

No. 85–370.  HEPLER v. COLUMBIA BROADCASTING SYSTEM, INC.  Ct. App. Wash.  Certiorari denied.

No. 85–371.  GENESIS BROADCASTING LTD. v. FEDERAL COMMUNICATIONS COMMISSION ET AL.  C. A. D. C. Cir.  Certiorari denied.

No. 85–373.  REED ET AL. v. TERRELL ET AL.  C. A. 5th Cir. Certiorari denied.

No. 85–374.  DENSON v. DEPARTMENT OF HEALTH AND HUMAN SERVICES.  C. A. Fed. Cir.  Certiorari denied.

No. 85–378.  ROBERTS ET AL. v. SIMPSON, EXECUTRIX OF THE ESTATE OF BEEL, ET AL.  Ct. App. Ark.  Certiorari denied.